

Mathew Hoffman
Direct Dial: 212.885.8861
mhoffman@bartonesq.com

ATTORNEYS AT LAW
_____

711 Third Avenue
14th Floor
New York, NY 10017

(212) 687.6262  Office
(212) 687.3667  Fax

_____

bartonesq.com

April 8, 2020

Hon. Lorna G. Schofield
Unites States District Court Judge
Thurgood Marshall
United States Courthouse 40 Foley Square
New York, NY 10007

Re: **Maria Lanaras vs. Premium Ocean, LLC et al., Case No: 20 Civ. 01267 (LGS)**

Dear Judge Schofield:

This firm represents the defendant Juliana Paparizou in the above action.

On March 5, 2020, we wrote the Court seeking an adjournment on consent of the pretrial conference scheduled for April 15 because I will be observing Passover (ECF 24). As of this date, the Court has not ruled on our application.

While we appreciate the dislocation in all our lives due to the present situation, as the date grows closer, I wanted to request that the Court consider my application as I cannot, for reasons of religious observance, attend the conference even by telephone.

As, pursuant to a stipulation filed today, the majority of the defendants do not have their answer due until April 23, 2020, I respectfully request the conference be held at least a week after that date.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Mathew Hoffman*

cc: All counsel

APPLICATION GRANTED

The initial conference set for April 16, 2020, at 10:30 A.M. is adjourned to May 7, 2020, at 10:30 A.M. Pre-conference materials are due on April 30, 2020.

Dated: April 9, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE