UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARIA LANARAS, :
                Plaintiff :
: 20 Civ 1267 (LGS)
        -against- :
: ORDER
PREMIUM OCEAN LLC, et al., :
                Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic initial conference was held on May 7, 2020, at 10:30 A.M. It is hereby

**ORDERED** that a referral to the magistrate judge for settlement discussions will issue separately. It is further

**ORDERED** that, by May 14, 2020, Defendant Ronit Bason shall file an affidavit on the docket as discussed at the conference. Any responses to Defendant Bason's affidavit shall be filed no later than May 21, 2020. It is further

**ORDERED** that the parties shall file a joint letter no later than one week after the conclusion of settlement discussions. The letter shall state how the parties propose this matter to proceed, including whether the Court should rule on the parties submissions regarding diversity jurisdiction.

Dated: May 8, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE